AARON R. MAURICE, ESQ.
Nevada Bar No. 006412
BRITTANY WOOD, ESQ.
Nevada Bar No. 007562
RYAN T. GORMLEY, ESQ.
Nevada Bar No. 013494
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:  amaurice@klnevada.com
         bwood@klnevada.com
         rgormley@klnevada.com

Attorneys for Defendant,
Dr. Hans-Peter Wild

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL H. PONDER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DR. HANS-PETER WILD, an individual,<br><br>Defendant. | CASE NO.: 2:16-cv-02305-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FORUM NON CONVENIENS (FIRST REQUEST)** |

Pursuant to LR IA 6-1, 6-2, and LR 7-1, Defendant, Dr. Hans-Peter Wild, by and through his attorneys, the law firm of Kolesar & Leatham, and Plaintiff Michael H. Ponder, by and through his attorneys, the law firm of Holley Driggs Walch Fine Wray Puzey & Thompson, stipulate to extend the deadline for Defendant's Reply in Support of the Motion to Dismiss for Lack of Personal Jurisdiction and Forum Non Conveniens ("Reply") to March 24, 2017. Defendant filed the Motion to Dismiss for Lack of Personal Jurisdiction and Forum Non Conveniens ("Motion") on February 21, 2017. See ECF No. 9. Plaintiff filed an opposition to the Motion on March 10, 2017. See ECF No. 11. Defendant's Reply is currently due by March 17, 2017. Defendant and Plaintiff stipulate to extend the deadline for Defendant's Reply to

1  March 24, 2017 in order to alleviate the time constraints created by prior professional
2  commitments taking place the week of March 13, 2017, including an all-day mediation. This is
3  the first stipulation for extension of time to file the Reply.

4  DATED this 15th day of March, 2017.                    DATED this 14th day of March, 2017.

5  **KOLESAR & LEATHAM**                                   **HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON**

7  By /s/ Aaron R. Maurice                                 By /s/ Donna DiMaggio
   AARON R. MAURICE, ESQ.                                  DONNA DIMAGGIO, ESQ.
8  Nevada Bar No. 006412                                   Nevada Bar No. 009794
   BRITTANY WOOD, ESQ.                                     400 South Fourth Street, Third Floor
9  Nevada Bar No. 007562                                   Las Vegas, Nevada 89101
   RYAN T. GORMLEY, ESQ.
10 Nevada Bar No. 013494                                   Attorney for Plaintiff,
   400 South Rampart Boulevard, Suite 400                  Michael H. Ponder
11 Las Vegas, Nevada 89145

12 Attorneys for Defendant,
   Dr. Hans-Peter Wild

## ORDER

IT IS SO ORDERED:

DATED: March 17, 2017.

/s/ James C. Mahan
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5, LR IC4-1, and LR 5-1, I hereby certify that I am an employee of Kolesar & Leatham, and that on the 15th day of March 2017, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FORUM NON CONVENIENS (FIRST REQUEST)** in Case No. 2:16-cv-02305-JCM-PAL in the following manner:

The Court's Electronic Filing System to all parties on the current service list:

Donna DiMaggio, Esq.
Holley Driggs Walch Fine Wray Puzey & Thompson
400 S. Fourth Street, Third Floor
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

_____
An Employee of KOLESAR & LEATHAM