DONNA DIMAGGIO, ESQ.
Nevada Bar No. 9794
E-mail:ddimaggio@nevadafirm.com
**HOLLEY DRIGGS WALCH**
**FINE WRAY PUZEY & THOMPSON**
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile: 702/791-1912

*Attorneys for Plaintiff*
*MICHAEL H. PONDER*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL H. PONDER, an individual, <br><br> Plaintiff, <br><br> v. <br><br> DR. HANS-PETER WILD, an individual, <br><br> Defendant. | CASE NO.: 2:16-cv-02305-JCM-PAL <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO REOPEN CASE AND FOR LEAVE TO FILE AMENDED COMPLAINT (FIRST REQUEST)** |

Pursuant to LR IA 6-1, 6-2, and LR 7-1, Plaintiff MICHAEL H. PONDER, by and through his attorneys, the law firm of HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON, and Defendant, HANS-PETER WILD, by and through his attorneys, the law firm of KOLESAR & LEATHAM, stipulate to extend the deadline for Plaintiff's Reply in Support of Motion to Reopen Case and for Leave to File Amended Complaint ("Reply") to June 23, 2017. The Motion to Reopen Case was filed on May 11, 2017. *See* ECF No. 26. The Motion for Leave to File Amended Complaint was filed on May 12, 2017. *See* ECF No. 28. Defendant filed an Opposition to both motions on May 26, 2017. *See* ECF No. 29. Plaintiff's Replies are currently due on June 2, 2017. Plaintiff and Defendant stipulate to extend the deadline for Plaintiff's Replies to June 23,

- 1 -

10826-01/1892702.doc

2017 in order to provide additional time as Plaintiff's counsel is scheduled for a pre-planned vacation and will then be at a national board meeting for a non-profit organization that she is a board member for the local chapter. This is the **first** stipulation for an extension of time for these deadlines.

| DATED this 30th day of May, 2017.<br><br>**HOLLEY DRIGGS WALCH**<br>**FINE WRAY PUZEY & THOMPSON**<br><br>/s/ *Donna DiMaggio*<br><br>DONNA DIMAGGIO, ESQ.<br>Nevada Bar No. 9794<br>400 South Fourth Street, Third Floor<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff*<br>*MICHAEL H. PONDER* | DATED this 30th day of May, 2017.<br><br>**KOLESAR & LEATHAM**<br><br><br>/s/ *Ryan T. Gormley* (with permission)<br><br>AARON R. MAURICE, ESQ.<br>Nevada Bar No. 6412<br>BRITTANY WOOD, ESQ.<br>Nevada Bar No. 7562<br>RYAN T. GORMLEY, ESQ.<br>Nevada Bar No. 13494<br>400 South Rampart Blvd., #400<br>Las Vegas, Nevada 89145<br>*Attorneys for Defendant*<br>*Hans-Peter Wild* |

## ORDER

IT IS SO ORDERED.

DATED: June 1, 2017.

_____
UNITED STATES DISTRICT JUDGE

- 2 -

10826-01/1892702.doc